UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 21-1093 |
| V. | : | CRIMINAL ACTION |
| Gina Engels | : | ORDER OF RELEASE |

The Court orders the defendant, __Gina Engels__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other:

__/s/ Gina Engels__   __4/8/21__
DEFENDANT   DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__4/8/21__
DATE